**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

YING CHEN,                                )

                     )

        Petitioner,                 )

                     )

v.                                    )    Case No. CIV-26-1386-SLP

                     )

TODD BLANCHE, et al.,        )

                     )

        Respondents.          )

**O R D E R**

This matter is before the Court pursuant to its prior Order [Doc. No. 5] directing Petitioner to pay the $5.00 filing fee for this matter prior to June 17, 2026. To date, Petitioner has neither paid the filing fee, nor has he sought an extension of time to do so.

**This is the last and final admonishment that Petitioner will be provided**. Petitioner is admonished that the failure to pay the filing fee and any further failure to comply with the Court's orders will result in the dismissal of Petitioner's claims without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1161 (10th Cir. 2007) (sua sponte dismissal permitted where a plaintiff fails to comply with the rules of civil procedure or the court's orders).

IT IS THEREFORE ORDERED that Petitioner shall pay the $5.00 filing fee within four (4) days of the date of this Order, or by June 22, 2026. Failure to pay the filing fee will result in dismissal of this action without prejudice.

IT IS SO ORDERED this 18th day of June, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE